Hillsborough
No. 84-017

### BEATRICE L. BERGERON

v.

### TRAVELERS INSURANCE COMPANY

June 22, 1984

*James M. Winston*, of Manchester, by brief and orally, for the plaintiff.

*Wadleigh, Starr, Peters, Dunn & Chiesa*, of Manchester (*James C. Wheat* on the brief and orally), for the defendant.

### MEMORANDUM OPINION

The sole issue in this interlocutory appeal from a ruling of the Superior Court (*Pappagianis*, J.) is whether an employee, alleging to have been wrongfully discharged from her employment *after* this court's decision in *Monge v. Beebe Rubber Co.*, 114 N.H. 130, 316 A.2d 549 (1974), but *prior* to our decision in *Howard v. Dorr Woolen Company*, 120 N.H. 295, 414 A.2d 1273 (1980), has the burden of proving that the discharge violated public policy. In *Howard* we said that:

> "We construe *Monge* to apply only to a situation where an employee is discharged because he performed an act that public policy would encourage, or refused to do that which public policy would condemn."

*Id.* at 297, 414 A.2d at 1274. This language clarified and construed *Monge.* It did not create a new rule of law or significantly depart from *Monge,* and, thus, is applicable to the instant case.

*Remanded.*